ERNST BEHRE and Others, Plaintiffs, v. SECOND RUSSIAN INSURANCE COMPANY, Respondent. ALBERT MASSEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

In the Matter of the Application of IMPROVEMENT CONSTRUCTION CO., INC., Respondent, for an Order Directing that the Arbitration Provided for in Certain Agreements in Writing Entered into between the Petitioner and ACTIVE WET WASH LAUNDRY CO., INC., Appellant, etc., Proceed Pursuant to the Provisions Thereof and of the Arbitration Law.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EMMA CRAGIN, Respondent, v. WILLIAM B. CRAGIN, Appellant.— Order modified by reducing the sum allowed to the plaintiff to defray the expenses of the appeals from the judgment and order to the sum of $350, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of PATRICK LAHART, as Administrator, etc., of ANNA LAHART, Deceased, Respondent, against CHARLES W. BERRY, as Comptroller of the City of New York, and JAMES J. WALKER, as Mayor of the City of New York, Appellants.— Order modified by directing that the defendants sign and countersign a warrant for the payment to the petitioner, as administrator, of a sum which shall be the difference between $18,681.91, with interest thereon calculated at six per cent per annum from March 30, 1925, to date of delivery of said warrant, and the sum of $6,000, with interest thereon calculated at six per cent from September 21, 1927, to the date of delivery of said warrant; and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES A. GATES, Respondent, v. WILLIAM J. O'TOOLE STEVEDORING CORPORATION, Appellant, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted to strike out the last two paragraphs of the order dated February 6, 1928, without prejudice to a motion by plaintiff for a preference. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JORAY HOLDING CO., INC., Appellant, v. GOLD THEATRE CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISIDORE ROSENBLATT v. E. A. WHITE ORGANIZATION, INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PAUL E. LEHMAN and Another v. JACOB RUDIN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ESTHER CHESLOW v. SAM GLICKMAN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.